UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 01-0267-02 (FSH)** |
| v. | : | |
| | : | **ORDER APPOINTING COUNSEL** |
| **DOUGLAS SHAW** | : | |

This matter having been opened to the Court upon the request of Defendant Douglas Shaw, through the Office of the Federal Public Defender (Karina Fuentes, appearing), for an Order by the Court appointing counsel in Mr. Shaw's 18 U.S.C. § 3582(c) proceedings; and,

this Court having considered the request; and,

after good cause shown;

It is hereby Ordered on this 5th day of June, 2008 that the Office of the Federal Public Defender (Karina Fuentes, appearing) is appointed to represent Douglas Shaw in this matter.

_____
HONORABLE FAITH S. HOCHBERG
United States District Court Judge